# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA,**     Crim. No. 05-097(01) (MJD/JGL)

    Plaintiff,

v.                                **O R D E R**

**CHARLES PETERSEN (01),**

    Defendant.

## APPEARANCES

John Docherty, Esq., Assistant United States Attorney, for Plaintiff United States of America

Scott Tilsen, Esq. for Defendant Charles Petersen

    Based upon the Report and Recommendation by Chief Magistrate Judge Jonathan Lebedoff dated May 25, 2005; all the files, records, and proceedings herein; and no objections having been filed to the Report and Recommendation;

    **IT IS HEREBY ORDERED:**

    (1)   Defendant Charles Petersen's Motion to Suppress Statements, Admissions, and Answers (Doc. #13) is **DENIED AS MOOT**;

    (2)   Defendant Charles Petersen's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. #14) is **DENIED AS MOOT**; and

    (3)  Defendant Charles Petersen's Motion to Dismiss Counts or Require an Election (Doc. #17) is **DENIED.**

Dated: June 27, 2005

              <u>s/ Michael J. Davis</u>
              MICHAEL J. DAVIS
              United States District Court