UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

(1) CHARLES PETERSEN and

(2) KAREN PETERSON,

      Defendants.

**ORDER**
Criminal File No. 05-97 (MJD/JSM)

_____

**IT IS HEREBY ORDERED** that:

This matter is referred to Magistrate Judge Janie S. Mayeron to conduct a hearing on the issues of the eligibility of current counsel to represent Defendants and appointment of substitute counsel.

Dated:  _October 6, 2005          _s/Michael J. Davis_____
                                                        Judge Michael J. Davis
                                                        United States District Court